FILED
SALINE COUNTY
CIRCUIT CLERK

2021 DEC 15 AM 11:55

BY_____JM_____

### IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
### CIVIL DIVISION

**MINERVA TREVINO**                                                   **PLAINTIFF**

VS.                                NO: 63CV-21-1230-3

**DARRELL SMITH and**
**VELA TRANSPORT, LLC.**                                              **DEFENDANTS**

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Minerva Trevino, by and through her attorneys, Taylor King Law, and for her cause of action against the Defendants, alleges and states as follows:

### JURISDICTION AND VENUE

1. Plaintiff, is a resident of Rio Grande City, Texas.

2. Defendant Darrell Smith is a resident of London, Kentucky. Defendant Smith was at all times relevant an employee of Vela Transport, LLC and was acting in the course and scope of that employment.

3. Defendant Vela Transport, LLC ("Vela") is a foreign limited liability corporation headquartered in Wyoming, Michigan. At all times relevant hereto, Defendant Smith was acting in the course and scope of his employment with Vela and therefore Vela is vicariously liable for his acts and omission pursuant to *respondeat superior*. The Agent for Service for Vela is Truck Process Agents of America, Inc., c/o Deborah Hendershot, 1440 Woodland Park Drive, Bitley, MI, 49309.

4. The automobile wreck that caused this action to be filed occurred in Saline County, Arkansas on Interstate 30.

5. This Court has jurisdiction over the parties and the subject matter herein, and that this Court is the proper venue for this cause of action.

## FACTUAL BACKGROUND

6. On March 10, 2020, Plaintiff was operating a tractor-trailer westbound on Interstate 30 in Saline County. At the same time, Defendant Smith was also operating a tractor-trailer westbound on I-30 traveling immediately behind the Plaintiff. Plaintiff was forced to stop her vehicle because of traffic ahead of her, however Defendant Smith failed to stop his vehicle and hit the Plaintiff's vehicle in the rear, causing personal injury to her as more specifically described herein.

7. The collision proximately caused injuries and damages to the Plaintiff.

## COUNT I: NEGLIGENCE OF DARRELL SMITH

8. The Plaintiff hereby incorporates and adopt all previous paragraphs as set forth originally herein.

9. Plaintiffs allege that Defendant, Darrell Smith, while acting in the course and scope of his employment was negligent in, but not limited to, the following respects:

    A. Defendant failed to keep a proper lookout on the roadway;

    B. Defendant failed to keep his vehicle under reasonable control;

    C. Defendant failed to make proper use of the instrumentalities in his control so as to avoid a collision when he saw, or in the exercise of ordinary care, should have seen Plaintiff's vehicle;

D. Defendant failed to bring his vehicle under control or to change or divert its course when he saw, or in the exercise of ordinary care should have seen, that a wreck was about to occur;

E. Defendant failed to drive at a speed that was reasonable and prudent under the circumstances, having due regard for any actual or potential hazards; and

F. Defendant otherwise failed to exercise ordinary care under the circumstances.

10. The injuries and damages to Plaintiffs, more particularly described below, were directly and proximately caused by negligence on the part of Defendant, Davion Lashon Williams.

11. Defendant Vela is vicariously liable for the damages suffered by the Plaintiff.

## DAMAGES

12. As a direct and proximate result of the Defendant's negligence, a collision resulted, and Plaintiffs suffered the following for which she seeks damages:

   (a) Physical injury;

   (b) Medical expenses incurred and reasonably certain to be incurred in the future;

   (c) Pain and suffering; and

   (d) Loss of earnings.

**WHEREFORE,** the Plaintiff Respectfully prays for judgment against the Defendant, jointly and severally, in an amount in excess of the minimum amount for federal diversity jurisdiction ($75,000) for costs, interests, and for all other proper relief to which he may be entitled. Plaintiffs demands a trial by jury on all issues. Plaintiffs reserves the right to amend further herein.

Respectfully Submitted,

By: _____
Christopher Heil, Bar No. 92128
Taylor King Law
820 W 3rd Street
Little Rock, AR 72201
(870) 246-0505
chrisheil@taylorkinglaw.com