IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MINERVA TREVINO**                                                                                     **PLAINTIFF**

v.                                    Case No. 4:22-cv-00065 KGB

**DARRELL SMITH and**
**VELA TRANSPORT, LLC**                                                                     **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice (*Id.*). The Court dismisses with prejudice plaintiff Minerva Trevino's complaint against defendants Darrell Smith and Vela Transport, LLC.

So ordered this the 11th day of January, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge